# UNITED STATES DISTRICT COURT
### Western District of Kentucky
### Paducah Division

| | |
|---|---|
| Lance B. Boyd (individually and as named plaintiff of proposed class) *and* Angela M. Boyd (individually)  *Plaintiffs*  v.  James E. Bruce  *Defendant* | Case No. 5:21-cv-00160-TBR |

## ORDER DISMISSING WITH PREJUDICE

Plaintiffs Lance B. Boyd and Angela M. Boyd and Defendant James E. Bruce, having jointly stipulated that this case be dismissed with prejudice as to all claims against James E. Bruce as evidenced by the signatures of counsel for the parties, and the court being sufficiently advised:

**IT IS THEREFORE ORDERED** that Plaintiffs Lance B. Boyd and Angela M. Boyd's claims against Defendant James E. Bruce in this action are **DISMISSED WITH PREJUDICE** in their entirety,[1] with each party to bear its own costs, expenses, and attorney's fees except as otherwise agreed.

*Thomas B. Russell*

**Thomas B. Russell, Senior Judge**
**United States District Court**

April 14, 2022

---

[1] The putative class claims were dismissed without prejudice on March 11, 2022.